UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, LOVETT, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>HOLZER CLINIC,<br><br>　　　　　　　　Defendant. | CASE NO. 2:08-CV-312<br><br>JUDGE WATSON<br><br>MAGISTRATE JUDGE KING |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Relators Laura Lovett and Lisa Mayhew, now Lisa Gregg ("Relators"), hereby stipulate to the dismissal of any and all of the claims and causes of action that were asserted against Defendant Holzer Clinic ("Holzer") and/or Kelly Roush ("Roush"), except as described below.  These claims against Holzer and/or Roush are dismissed **with prejudice**.

The United States hereby consents and stipulates to the dismissal of any and all of claims and causes of action that were asserted against Defendant Holzer and/or Roush.  The United States' claims against Holzer are dismissed **with prejudice** for the Covered Conduct as described in the settlement agreement between the parties and **without prejudice** for any other claims or parties.

1

The parties agree that the Court shall retain jurisdiction to resolve any ongoing issues regarding determination of Relators' reasonable expenses, attorneys' fees, and costs pursuant to 31 U.S.C. § 3730(d)(2).

A proposed Order accompanies this Stipulation.

Respectfully submitted,

s/ Scott McBride_____
(*by authorization 12/2/2015*)
B. Scott McBride (*pro hac vice*)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: (713) 646-1390
Facsimile: (713) 751-1717
smcbride@bakerlaw.com

Rodger L. Eckelberry (0071207)
BAKER & HOSTETLER LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, Ohio 43215-4260
Telephone: (614) 462-5189
Facsimile: (614) 462-2616
reckelberry@bakerlaw.com

Trischa Snyder Chapman (0086420)
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio  43215-4260
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
tchapman@bakerlaw.com

*Counsel for Holzer Clinic and Kelly Roush*

s/ Frederick M. Morgan, Jr._____
Frederick M. Morgan, Jr. (0027687)
MORGAN VERKAMP LLC
35 East 7th Street, Suite 600
Cincinnati, Ohio 45202
Telephone: (513) 651-4400
Facsimile: (513)651-4405
rmorgan@morganverkamp.com

G. Mark Simpson (Georgia Bar No. 647725)
SIMPSON LAW FIRM, LLC
110 Habersham Dr., Suite 108
Fayetteville, Georgia 30214
Telephone: (770) 371-5008
Facsimile: (678) 302-8721
mark@marksimpsonlaw.com

Andrew M. Stone (Pennsylvania Bar No. 35176)
STONE LAW FIRM, LLC
437 Grant Street, Suite 1806
Pittsburgh, Pennsylvania 15219
Telephone: (412) 391-2005
Facsimile: (412) 391-0853
astone@stone-law-firm.com

*Counsel for Relators Lovett and Gregg*

/s/ Andrew M. Malek_____
(*by authorization 12/2/2015*)
Andrew M. Malek (0061442)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Telephone: (614) 469-5715
Fax: (614) 469-2769
andrew.malek@usdoj.gov

*Counsel for the United States of America*