UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,
ex rel. Laura Lovett, *et al.*,

      Plaintiffs,

      v.

Holzer Clinic, *et al.*

      Defendants.

Case No. 2:08–cv–312

Judge Michael H. Watson

Magistrate Judge King

## ORDER

On this day the Court considered the Stipulation of Voluntary Dismissal and **IT IS THEREFORE ORDERED** that:

1. The claims of Laura Lovett and Lisa Mayhew, now Lisa Gregg ("Relators"), against Holzer Clinic and/or Kelly Roush, except as described below in Paragraph 3, are dismissed **with prejudice**.

2. The United States' claims against Holzer Clinic are dismissed **with prejudice** for the Covered Conduct as described in the settlement agreement between the parties and **without prejudice** for any other claims or parties.

3. The Court shall retain jurisdiction to resolve any ongoing issues regarding the determination of Relators' reasonable expenses, attorneys' fees, and costs pursuant to 31 U.S.C. § 3730(d)(2).

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT